IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

            Plaintiff,

  v.

ERIK C. PETERSEN and FLAVIANE F.C. PETERSEN, each individually and each as Co-Trustees of the Petersen Family Trust, dated January 21, 2003; and DOES 1 through 10, inclusive,

            Defendants.

2:06-cv-1102-GEB-KJM

ORDER

       On August 23, 2006, the named parties filed a Joint Status Report in which they consent to referring this action to the United States Magistrate Judge for all purposes. See 28 U.S.C. §636(c). Local Rule 73-305(b) prescribes "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral."

///
///
///
///

1

1       If the Magistrate Judge accepts the referral, this action
2  is reassigned to the Magistrate Judge on the date this Order is
3  filed.
4  Dated:  September 15, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

## ACCEPTANCE OF REFERRAL

        Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment.  All documents hereafter filed shall be denominated as 2:06-cv-1102-KJM.

        IT IS SO ORDERED.

DATED: September 15, 2006.

                              _____
                              UNITED STATES MAGISTRATE JUDGE